NUMBER 13-05-544-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

                     IN RE ROMAN VALVERDE
PERALES

__________________________________________________________________

 

                      On Petition for Writ of
Mandamus ___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                   Before Justices Hinojosa, Yañez, and Rodriguez

                            Per Curiam Memorandum Opinion[1]

 

Relator, Ramon
Valverde Perales, filed a petition for writ of mandamus in the
above cause on August 26, 2005. 
Respondent, the State of Texas, filed its response on September 7,
2005.  The Court, having examined and
fully considered the petition for writ of mandamus and the response,
is of the opinion that relator has not shown himself entitled to the relief
sought.  Accordingly, relator's petition
for writ of mandamus is denied.  See Tex. R. App. P. 52.8(a). 








Furthermore, relator's
motion for emergency stay filed on August 26, 2005, is denied as moot.

PER CURIAM

 

 

Memorandum Opinion delivered and filed

this 8th day of September, 2005.

 











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).